IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40219
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                            Plaintiff-Appellee,

versus

IGNACIO TORRES-BARBOSA,

                                            Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-00-CR-1076-ALL
--------------------
October 29, 2001

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Ignacio
Torres-Barbosa has moved for leave to withdraw and has filed a
brief pursuant to Anders v. California, 386 U.S. 738 (1967).
Barbosa has received a copy of counsel's motion and brief, but
has not filed a response.  Our review of the brief filed by
counsel and the record discloses no nonfrivolous issue for
appeal.  Accordingly, the motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities, and
the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.